Date: 07/26/10                                      Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 1014 Dated 07/26/10
Case Number 08-33827 - ULRICH, MICHAEL J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | 000001 | 8,977.85 | 3.08 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000002 | 14,354.69 | 4.92 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | 000003 | 3,923.50 | 1.34 |
| CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | 000005 | 4,010.34 | 1.37 |
| CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | 000007 | 10,981.49 | 3.76 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000009 | 3,103.98 | 1.06 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000014 | 13,502.95 | 4.63 |
| ---------- Remittance Total ---------- | | 58,854.80 | 20.16 |

Michael A. Mason, Trustee